Andrew K. Alper (State Bar No. 088876)
aalper@frandzel.com
FRANDZEL ROBINS BLOOM & CSATO, L.C.
1000 Wilshire Boulevard
Nineteenth Floor
Los Angeles, California  90017-2427
Telephone: (323) 852-1000
Facsimile: (323) 651-2577

Attorneys for Plaintiff COMMERCIAL CREDIT GROUP INC.

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| COMMERCIAL CREDIT GROUP INC., a Delaware corporation,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>THE RECYCLE DEPOT, INC., a California corporation; JEFF A. PRINS; and MICKI DIANE PRINS,<br><br>　　　　　Defendants. | CASE No. 1:15-CV-01720-WBS-EPG<br><br>**PRIVATE PLACE ORDER**<br><br>Date:　　February 8, 2016<br>Time:　　1:30 p.m.<br>Crtrm.:　5<br>　　　　　501 I Street<br>　　　　　Sacramento, California |

Upon application duly made by Plaintiff COMMERCIAL CREDIT GROUP INC. . a Delaware corporation, ("Plaintiff"), and good cause having been shown therefor:

IT IS ORDERED that an United States Marshal, in executing the Writ of Possession (Claim and Delivery) ("Writ") issued by this Court in the above-captioned matter, may procure the services of a locksmith or utilize any other reasonable means necessary to gain access to the premises where the property that is the subject of the Writ is located — to-wit:

8461 Avenue 304, Visalia, California 93291

to carry out the levy of said Writ in the event the above premises are padlocked or otherwise closed.

Dated: February 1, 2016

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE