Andrew K. Alper (State Bar No. 088876)
aalper@frandzel.com
FRANDZEL ROBINS BLOOM & CSATO, L.C.
1000 Wilshire Boulevard
Nineteenth Floor
Los Angeles, California  90017-2427
Telephone: (323) 852-1000
Facsimile: (323) 651-2577

Attorneys for Plaintiff COMMERCIAL CREDIT GROUP INC.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| COMMERCIAL CREDIT GROUP INC., a Delaware corporation,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>THE RECYCLE DEPOT, INC., a California corporation; JEFF A. PRINS; and MICKI DIANE PRINS,<br><br>　　　　　Defendants. | CASE No. 1:15-CV-01720-WBS-EPG<br><br>**TURNOVER ORDER**<br><br>Date:　　February 8, 2016<br>Time:　　1:30 p.m.<br>Crtrm.:　5<br>　　　　　501 I Street<br>　　　　　Sacramento, California |

**ORDER**

Upon application duly made by Plaintiff COMMERCIAL CREDIT GROUP INC. a Delaware corporation, ("Plaintiff"), for the issuance of a turnover order directed to Defendants THE RECYCLE DEPOT, INC., a California corporation; JEFF A. PRINS; and MICKI DIANE PRINS ("Defendants") in connection with Plaintiff's Application for Writ of Possession (Claim and Delivery), and good cause having been shown therefor:

IT IS HEREBY ORDERED that Defendants THE RECYCLE DEPOT, INC., a California corporation; JEFF A. PRINS; and MICKI DIANE PRINS immediately upon entry/levy of this Order, deliver the following property to the Plaintiff via the United States Marshal:

Please see Exhibit "1" attached hereto and incorporated herein by this reference.

Dated: February 1, 2016

*/s/ William B. Shubb*
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

**EXHIBIT "1"**

**COMMERCIAL CREDIT GROUP INC., etc. v. THE RECYCLE DEPOT, INC., etc., et al., CASE No. 1:15-cv-01720-WBS-EPG**

All of Defendant THE RECYCLE DEPOT, INC., a California corporation's accounts, accounts receivable, chattel paper, contract rights, documents, equipment, fixtures, general intangibles, goods, instruments, inventory, securities, deposit accounts, investment property and all other accessories, substitutions, replacements, replacement parts, additions, software and software upgrades and all cash and non-cash proceeds (including rental proceeds, insurance proceeds, accounts and chattel paper arising out of or related to the sale, use, rental or other disposition thereof) of and to all of the foregoing, and specifically therein, the following titled vehicles:

| Equipment Description | Serial Number |
|---|---|
| Metso LT1213 track mounted impact crusher | 73419 |
| 2009 Freightliner Cascadia day cab tractor | 1FUJGECV69LAG2185 |
| 2009 Freightliner Cascadia day cab tractor | 1FUJGECVX9LAG2186 |
| 2009 Freightliner Cascadia day cab tractor | 1FUJGECVX9LAG2187 |
| 2008 Freightliner Columbia day cab tractor | 1FVJA6CV18DAC2869 |
| 2008 International Pro Star Premium Eagle tractor with 73' high rise sleeper | 2HSCUAPRX8C677144 |
| 2008 International Pro Star Premium Eagle tractor with 73' high rise sleeper | 2HSCUAPR48C677141 |
| 2008 International Pro Star Premium Eagle tractor with 73' high rise sleeper | 2HSCUAPR68C677142 |
| 1998 EZ A+ portable car crusher | 806-A-033 |
| 2007 JCB JS220C hydraulic excavator | JCBJS22CC71610091 |
| 1998 Caterpillar 320BL high cab excavator | 6CR02510 |
| 2005 Caterpillar 330CL hydraulic excavator | DKY03712 |

| | | |
|---|---|---|
| 1 2 | 2008 International Pro Star Premium Eagle tractor with 73' high rise sleeper | 2HSCUAPR18C677145 |
| 3 4 | 2008 International Pro Star Premium Eagle tractor with 73' high rise sleeper | 2HSCUAPR18C677145 |
| 5 | 2008 Hyundai R210LC-7A hydraulic excavator | N61210341 |
| 6 | 2004 Hyundai R210LC-7A hydaulic excavator | N60612068 |
| 7 | 2008 Hyundai R210LC-7A hydraulic excavator | N61210386 |
| 8 | 2005 Hyundai R210-LC7 hydraulic excavator | N60713195 |
| 9 | 2007 JCB JS220LC hydraulic excavator | JCBJS22DT71610546 |
| 10 | 2008 JCB JS220LC hydraulic excavator | JCBJS22DH81611242 |
| 11 12 | 2006 Terex/BL Pegson 4242SR Plant powerscreen impact crusher | 420198DHSR |
| 13 14 | 2004 Terex/BL Pegson 4242SR plant powerscreen impact crusher | 4201188BJSR |
| 15 16 | 1996 John Deere 490E hydraulic excavator with 37" TMAG 900-32 magnet | FF490EX026078 |
| 17 | 2003 Kobelco SK210LC hydraulic excavator | Y008U1270 |
| 18 | 2004 Volvo EC210BLC hydraulic excavator | EC210BLCV10910 |
| 19 | 2007 Genesis GXP300R mobile shear | 300370R |
| 20 | 2008 Genesis GXP500R mobile shear | 500541R |
| 21 22 | 2007 Screen MachineSpyder 516T Horizon rock screening plant | D516TSPYMJG1992 |
| 23 | 2008 Genesis GXP300R mobile shear | 00030037IR |
| 24 | Sierra 380 shear/logger/baler | 11357 |
| 25 | Powerscreen 600 trommell | 9200163 |
| 26 27 | 2007 Doppstadt DW-3060K Buffel portable waste shredder | 21 |
| 28 | | |

Frandzel Robins Bloom & Csato, L.C.
1000 Wilshire Boulevard, 19th Floor
Los Angeles, California 90017-2427

| 1  | 1990 Hitachi EX200 hydraulic excavator | 14547220 |
|----|-----------------------------------------|----------|
| 2  | 2000 SPCNS end dump trailer | CA952273 |
| 3  | 2000 SPCNS end dump trailer | CA393557 |
| 4  | 3 Ram Container loader | 16 |
| 5  | 2000 SPCNS end dump trailer | CA966273 |
| 6  | 2001 Fruehauf 48' drop deck trailer | 1JJF482F61S757352 |
| 7  | 2000 SPCNS end dump trailer | CA745924 |
| 8  | 2000 SPCNS end dump trailer | CA961228 |
| 9  | 1988 Landoll car traier | 1LH317UH1J1004328 |
| 10 | 1999 Komatsu PC220LC-6LE hydraulic excavator with five finger grapple | A83742 |
| 12 | 1995 Komatsu PC220L-6 hydraulic excavator with five finger grapple | A80659 |
| 14 | 2005 Hyundai HL770-7 wheel loader | LB0110222 |
| 15 | 2005 Hyundai HL770-7 wheel loader | LB0110221 |
| 16 | 1998 Fruehauf | 1H4P04827JJ016301 |
| 17 | 1966 Utility | BM2905 |
| 18 | 1990 Fruehauf | 1H2P04829LW025547 |
| 19 | 1997 Comm | 4C6FC4827V1060024 |
| 20 | 1979 Cherokee | 410 |
| 21 | 1989 Peterbilt | 1XP5D29X6KD276733 |
| 22 | 2007 Chevrolet | 1GCHK23D87F192329 |
| 23 | 2008 Chevrolet | 2GCEC13C181191744 |
| 24 | 2008 Chevrolet | 3GCEC13C98G125904 |
| 25 | 2008 Chevrolet | 3GCEC13C18G145905 |
| 26 | 1996 Dodge | 1B6MC36W4TJ192970 |
| 27 | 1991 WLCRG | 1WC200E10M4010324 |

| | |
|---|---|
| 1981 COZAD | CC81219 |
| 2003 Freightliner | 1FUJA6AV93LL09914 |
| 2003 Freightliner | 1FUJA6AV73LL09930 |
| 2004 Volvo | 4V4NC9TJX4N361416 |
| 1996 Chevrolet | 1GBGC33J6TF018200 |
| 1971 Fruehauf | FRN424992 |
| 2000 SPCNS | CA967573 |
| 1995 Ford | 1FTHF25H8SLB16690 |
| 1997 International | 1HTSCAAM9VH464861 |
| 1994 Peterbilt | 1XPCDB9X6RN351488 |
| 1993 Ford | 2FDJF37M1PCB15377 |
| 2000 International | 2HSCEAXR6YC023545 |

Each including all attachments, accessories, substitutions, replacements, replacements parts, additions, software and software upgrades, and all cash and non-cash proceeds (including any rental proceeds, insurance proceeds, accounts and chattel paper, arising out of or related to the sale, use, rental, or other disposition thereof) of and to all of the foregoing.

(collectively "Collateral").