Andrew K. Alper (State Bar No. 088876)
 aalper@frandzel.com
FRANDZEL ROBINS BLOOM & CSATO, L.C.
1000 Wilshire Boulevard
Nineteenth Floor
Los Angeles, California  90017-2427
Telephone: (323) 852-1000
Facsimile: (323) 651-2577

Attorneys for Plaintiff COMMERCIAL CREDIT
GROUP INC.

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| COMMERCIAL CREDIT GROUP INC., a Delaware corporation,<br><br>                    Plaintiff,<br><br>v.<br><br>THE RECYCLE DEPOT, INC., a California corporation; JEFF A. PRINS; and MICKI DIANE PRINS,<br><br>                    Defendants. | CASE No. 1:15-CV-01720-WBS-EPG<br><br>**ORDER FOR WRIT OF POSSESSION**[1]<br><br>Date:      February 8, 2016<br>Time:      1:30 p.m.<br>Crtrm.:   5<br>                501 I Street<br>                Sacramento, California |

---

[1] The contents of this Writ of Possession (Clam and Delivery), follow the form adopted for mandatory use by the Judicial Council of California and used in cases pending before the Superior Court of the State of California.

## ORDER AND FINDINGS

**IT IS ORDERED:**

1.      The Court hereby vacates the hearing scheduled for February 8, 2016 and makes the following findings and orders without needing to consult with the parties any further.

2.      **The court finds:**

a.      [X] Defendant has been properly served as required by Code of Civil Procedure section 512.030.

b.      Plaintiff [] has [X] has not filed an undertaking as required by Code of Civil Procedure section 515.010. **Undertaking is hereby waived.**

c.      Plaintiff has established the probable validity of the Plaintiff's claim to possession of the following property (specify):

Please see Exhibit "1" attached hereto and incorporated herein by this reference.

 [] Continued on Attachment 3c. n/a

*"Plaintiff" includes cross-complainant, and "defendant" includes cross-defendant.

d.      [X] There is probable cause to believe this property or some part of it is located at one or more of the following private places (specify):

8461 Avenue 304, Visalia, California 93291

[] Continued on Attachment 3d. n/a

## ADDITIONAL FINDINGS FOR EX PARTE ISSUANCE OF WRIT OF POSSESSION

3.      [] **The court also finds:**  n/a

a.      [] Defendant gained possession of the property described in item 3c, which was not entrusted to the defendant, by feloniously taking such  property from the plaintiff by

FRANDZEL ROBINS BLOOM & CSATO, L.C.
1000 WILSHIRE BOULEVARD, 19TH FLOOR
LOS ANGELES, CALIFORNIA 90017-2427

1   means other than by false or fraudulent representation, pretense, or embezzlement.

2           b.      [] The property is a credit card.

3           c.      Defendant acquired possession of this property in the ordinary course of the

4   defendant's trade or business for commercial purposes, and (1) the property is not necessary for

5   the support of the defendant or the defendant's family; (2) there is an immediate danger that the

6   property will become unavailable to levy by reason of being transferred, concealed or removed

7   from the state, or will become substantially impaired in value by acts of destruction, or by failure

8   to care of the property in a reasonable manner; and (3) the ex parte issuance of a writ of possession

9   is necessary to protect the property.

10          d.      Total number of boxes checked in item 4: n/a

11

12      4.

13          a.      The clerk of this court is directed to issue a writ of possession as provided

14  in Code of Civil Procedure section 512.020, directing the United States Marshal within whose

15  jurisdiction the property described in item 3c, or some part of it, is located, to seize such property

16  and retain custody of it as provided in Code of Civil Procedure sections 514.010-514.050.

17          b.      [X] The clerk is directed to issue the writ of possession immediately.

18          c.      [] The clerk is directed to issue the writ of possession upon the plaintiff's

19  filing of a written undertaking, as required by Code of Civil Procedure sections 514.010, in the

20  amount of: $ n/a

21          d.      The written undertaking required by the Defendant for redelivery or to stay

22  delivery is in the amount of: $3,516,500.00.

23          e.      The clerk of this court is directed to attach a copy of this order and a copy

24  of the plaintiff's undertaking to the writ of possession.

25          f.      The United States Marshal may enter the following private place(s) to take

26  possession of the property or some part of it:

27          8461 Avenue 304, Visalia, California 93291

28

FRANDZEL ROBINS BLOOM & CSATO, L.C.
1000 WILSHIRE BOULEVARD, 19TH FLOOR
LOS ANGELES, CALIFORNIA 90017-2427

1     [] Continued on Attachment 5f. n/a

2        g.    [X] Defendant (name): THE RECYCLE DEPOT, INC., a California

3 corporation; JEFF A. PRINS; and MICKI DIANE PRINS is ordered to transfer possession of the

4 property described in item 3c to the plaintiff. (Code of Civ. Proc., §512.070.)

5

6 **NOTICE TO DEFENDANT: Failure to comply with an order of the court to turn over**

7 **possession of such property to the plaintiff may subject you to being held in contempt of**

8 **court.**

9     5.    Number of pages attached: 2

10

11 Dated: February 1, 2016

12 _____

WILLIAM B. SHUBB

13 UNITED STATES DISTRICT JUDGE

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

FRANDZEL ROBINS BLOOM & CSATO, L.C.
1000 WILSHIRE BOULEVARD, 19TH FLOOR
LOS ANGELES, CALIFORNIA 90017-2427

FRANDZEL ROBINS BLOOM & CSATO, L.C.
1000 WILSHIRE BOULEVARD, 19TH FLOOR
LOS ANGELES, CALIFORNIA 90017-2427

**EXHIBIT "1"**

**COMMERCIAL CREDIT GROUP INC., etc. v. THE RECYCLE DEPOT, INC., etc., et al., CASE No. 1:15-cv-01720-WBS-EPG**

All of Defendant THE RECYCLE DEPOT, INC., a California corporation's accounts, accounts receivable, chattel paper, contract rights, documents, equipment, fixtures, general intangibles, goods, instruments, inventory, securities, deposit accounts, investment property and all other accessories, substitutions, replacements, replacement parts, additions, software and software upgrades and all cash and non-cash proceeds (including rental proceeds, insurance proceeds, accounts and chattel paper arising out of or related to the sale, use, rental or other disposition thereof) of and to all of the foregoing, and specifically therein, the following titled vehicles:

| Equipment Description | Serial Number |
|---|---|
| Metso LT1213 track mounted impact crusher | 73419 |
| 2009 Freightliner Cascadia day cab tractor | 1FUJGECV69LAG2185 |
| 2009 Freightliner Cascadia day cab tractor | 1FUJGECVX9LAG2186 |
| 2009 Freightliner Cascadia day cab tractor | 1FUJGECVX9LAG2187 |
| 2008 Freightliner Columbia day cab tractor | 1FVJA6CV18DAC2869 |
| 2008 International Pro Star Premium Eagle tractor with 73' high rise sleeper | 2HSCUAPRX8C677144 |
| 2008 International Pro Star Premium Eagle tractor with 73' high rise sleeper | 2HSCUAPR48C677141 |
| 2008 International Pro Star Premium Eagle tractor with 73' high rise sleeper | 2HSCUAPR68C677142 |
| 1998 EZ A+ portable car crusher | 806-A-033 |
| 2007 JCB JS220C hydraulic excavator | JCBJS22CC71610091 |
| 1998 Caterpillar 320BL high cab excavator | 6CR02510 |

FRANDZEL ROBINS BLOOM & CSATO, L.C.
1000 WILSHIRE BOULEVARD, 19TH FLOOR
LOS ANGELES, CALIFORNIA 90017-2427

| | | |
|---|---|---|
| 1 | 2005 Caterpillar 330CL hydraulic excavator | DKY03712 |
| 2 3 | 2008 International Pro Star Premium Eagle tractor with 73' high rise sleeper | 2HSCUAPR18C677145 |
| 4 5 | 2008 International Pro Star Premium Eagle tractor with 73' high rise sleeper | 2HSCUAPR18C677145 |
| 6 | 2008 Hyundai R210LC-7A hydraulic excavator | N61210341 |
| 7 | 2004 Hyundai R210LC-7A hydaulic excavator | N60612068 |
| 8 | 2008 Hyundai R210LC-7A hydraulic excavator | N61210386 |
| 9 | 2005 Hyundai R210-LC7 hydraulic excavator | N60713195 |
| 10 | 2007 JCB JS220LC hydraulic excavator | JCBJS22DT71610546 |
| 11 | 2008 JCB JS220LC hydraulic excavator | JCBJS22DH81611242 |
| 12 13 | 2006 Terex/BL Pegson 4242SR Plant powerscreen impact crusher | 420198DHSR |
| 14 15 | 2004 Terex/BL Pegson 4242SR plant powerscreen impact crusher | 4201188BJSR |
| 16 17 | 1996 John Deere 490E hydraulic excavator with 37" TMAG 900-32 magnet | FF490EX026078 |
| 18 | 2003 Kobelco SK210LC hydraulic excavator | Y008U1270 |
| 19 | 2004 Volvo EC210BLC hydraulic excavator | EC210BLCV10910 |
| 20 | 2007 Genesis GXP300R mobile shear | 300370R |
| 21 | 2008 Genesis GXP500R mobile shear | 500541R |
| 22 23 | 2007 Screen MachineSpyder 516T Horizon rock screening plant | D516TSPYMJG1992 |
| 24 | 2008 Genesis GXP300R mobile shear | 00030037IR |
| 25 | Sierra 380 shear/logger/baler | 11357 |
| 26 | Powerscreen 600 trommell | 9200163 |
| 27 | 2007 Doppstadt DW-3060K Buffel portable waste | 21 |
| 28 | | |

| | |
|---|---|
| shredder | |
| 1990 Hitachi EX200 hydraulic excavator | 14547220 |
| 2000 SPCNS end dump trailer | CA952273 |
| 2000 SPCNS end dump trailer | CA393557 |
| 3 Ram Container loader | 16 |
| 2000 SPCNS end dump trailer | CA966273 |
| 2001 Fruehauf 48' drop deck trailer | 1JJF482F61S757352 |
| 2000 SPCNS end dump trailer | CA745924 |
| 2000 SPCNS end dump trailer | CA961228 |
| 1988 Landoll car traier | 1LH317UH1J1004328 |
| 1999 Komatsu PC220LC-6LE hydraulic excavator with five finger grapple | A83742 |
| 1995 Komatsu PC220L-6 hydraulic excavator with five finger grapple | A80659 |
| 2005 Hyundai HL770-7 wheel loader | LB0110222 |
| 2005 Hyundai HL770-7 wheel loader | LB0110221 |
| 1998 Fruehauf | 1H4P04827JJ016301 |
| 1966 Utility | BM2905 |
| 1990 Fruehauf | 1H2P04829LW025547 |
| 1997 Comm | 4C6FC4827V1060024 |
| 1979 Cherokee | 410 |
| 1989 Peterbilt | 1XP5D29X6KD276733 |
| 2007 Chevrolet | 1GCHK23D87F192329 |
| 2008 Chevrolet | 2GCEC13C181191744 |
| 2008 Chevrolet | 3GCEC13C98G125904 |
| 2008 Chevrolet | 3GCEC13C18G145905 |
| 1996 Dodge | 1B6MC36W4TJ192970 |

FRANDZEL ROBINS BLOOM & CSATO, L.C.
1000 WILSHIRE BOULEVARD, 19TH FLOOR
LOS ANGELES, CALIFORNIA 90017-2427

| 1991 WLCRG | 1WC200E10M4010324 |
|---|---|
| 1981 COZAD | CC81219 |
| 2003 Freightliner | 1FUJA6AV93LL09914 |
| 2003 Freightliner | 1FUJA6AV73LL09930 |
| 2004 Volvo | 4V4NC9TJX4N361416 |
| 1996 Chevrolet | 1GBGC33J6TF018200 |
| 1971 Fruehauf | FRN424992 |
| 2000 SPCNS | CA967573 |
| 1995 Ford | 1FTHF25H8SLB16690 |
| 1997 International | 1HTSCAAM9VH464861 |
| 1994 Peterbilt | 1XPCDB9X6RN351488 |
| 1993 Ford | 2FDJF37M1PCB15377 |
| 2000 International | 2HSCEAXR6YC023545 |

Each including all attachments, accessories, substitutions, replacements, replacements parts, additions, software and software upgrades, and all cash and non-cash proceeds (including any rental proceeds, insurance proceeds, accounts and chattel paper, arising out of or related to the sale, use, rental, or other disposition thereof) of and to all of the foregoing.

(collectively "Collateral").

FRANDZEL ROBINS BLOOM & CSATO, L.C.
1000 WILSHIRE BOULEVARD, 19TH FLOOR
LOS ANGELES, CALIFORNIA 90017-2427