Andrew K. Alper (State Bar No. 088876)
aalper@frandzel.com
FRANDZEL ROBINS BLOOM & CSATO, L.C.
1000 Wilshire Boulevard
Nineteenth Floor
Los Angeles, California  90017-2427
Telephone: (323) 852-1000
Facsimile: (323) 651-2577

Attorneys for Plaintiff COMMERCIAL CREDIT GROUP INC.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| COMMERCIAL CREDIT GROUP INC., a Delaware corporation,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>THE RECYCLE DEPOT, INC., a California corporation; JEFF A. PRINS; and MICKI DIANE PRINS,<br><br>　　　　　Defendants. | CASE No. 1:15-CV-01720-WBS-EPG<br><br>**AMENDED TURNOVER ORDER**<br><br>Date:　　February 8, 2016<br>Time:　　1:30 p.m.<br>Crtrm.:　5<br>　　　　　501 I Street<br>　　　　　Sacramento, California |

# ORDER

Upon application duly made by Plaintiff COMMERCIAL CREDIT GROUP INC. a Delaware corporation, ("Plaintiff"), for the issuance of a turnover order directed to Defendants THE RECYCLE DEPOT, INC., a California corporation; JEFF A. PRINS; and MICKI DIANE PRINS ("Defendants") in connection with Plaintiff's Application for Writ of Possession (Claim and Delivery), and good cause having been shown therefor:

IT IS HEREBY ORDERED that Defendants THE RECYCLE DEPOT, INC., a California corporation; JEFF A. PRINS; and MICKI DIANE PRINS immediately upon entry/levy of this Order, deliver the following property to the Plaintiff via the United States Marshal:

Please see Exhibit "1" attached hereto and incorporated herein by this reference.

Dated: February 3, 2016

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

EXHIBIT 1

| Equipment Description | Serial Number |
|---|---|
| | |
| Metso LT1213 track mounted impact crusher | 73419 |
| 2009 Freightliner Cascadia day cab tractor | 1FUJGECV69LAG2185 |
| 2009 Freightliner Cascadia day cab tractor | 1FUJGECVX9LAG2186 |
| 2009 Freightliner Cascadia day cab tractor | 1FUJGECVX9LAG2187 |
| 2008 Freightliner Columbia day cab tractor | 1FVJA6CV18DAC2869 |
| 2008 International Pro Star Premium Eagle tractor with 73' high rise sleeper | 2HSCUAPRX8C677144 |
| 2008 International Pro Star Premium Eagle tractor with 73' high rise sleeper | 2HSCUAPR48C677141 |
| 2008 International Pro Star Premium Eagle tractor with 73' high rise sleeper | 2HSCUAPR68C677142 |
| 1998 EZ A+ portable car crusher | 806-A-033 |
| 2007 JCB JS220C hydraulic excavator | JCBJS22CC71610091 |
| 1998 Caterpillar 320BL high cab excavator | 6CR02510 |
| 2005 Caterpillar 330CL hydraulic excavator | DKY03712 |
| 2008 International Pro Star Premium Eagle tractor with 73' high rise sleeper | 2HSCUAPR18C677145 |
| | |
| 2008 Hyundai R210LC-7A hydraulic excavator | N61210341 |
| 2004 Hyundai R210LC-7A hydaulic excavator | N60612068 |
| 2008 Hyundai R210LC-7A hydraulic excavator | N61210386 |
| 2005 Hyundai R210-LC7 hydraulic excavator | N60713195 |
| 2007 JCB JS220LC hydraulic excavator | JCBJS22DT71610546 |
| 2008 JCB JS220LC hydraulic excavator | JCBJS22DH81611242 |
| 2006 Terex/BL Pegson 4242SR Plant powerscreen impact crusher | 420198DHSR |
| 2004 Terex/BL Pegson 4242SR plant powerscreen impact crusher | 4201188BJSR |
| 1996 John Deere 490E hydraulic excavator with 37" TMAG 900-32 magnet | FF490EX026078 |
| 2003 Kobelco SK210LC hydraulic excavator | Y008U1270 |
| 2004 Volvo EC210BLC hydraulic excavator | EC210BLCV10910 |
| 2007 Genesis GXP300R mobile shear | 300370R |
| 2008 Genesis GXP500R mobile shear | 500541R |
| | |
| 2007 Screen MachineSpyder 516T Horizon rock screening plant | D516TSPYMJG1992 |
| 2008 Genesis GXP300R mobile shear | 00030037IR |
| Sierra 380 shear/logger/baler | 11357 |
| Powerscreen 600 trommell | 9200163 |
| 2007 Doppstadt DW-3060K Buffel portable waste shredder | 21 |
| 1990 Hitachi EX200 hydraulic excavator | 14547220 |
| 2000 SPCNS end dump trailer | CA952273 |
| 2000 SPCNS end dump trailer | CA393557 |
| 3 Ram Container loader | 16 |
| 2000 SPCNS end dump trailer | CA966273 |
| 2001 Fruehauf 48' drop deck trailer | 1JJF482F61S757352 |
| 2000 SPCNS end dump trailer | CA745924 |
| 2000 SPCNS end dump trailer | CA961228 |
| 1988 Landoll car traier | 1LH317UH1J1004328 |

Frandzel Robins Bloom & Csato, L.C.
1000 Wilshire Boulevard, 19th Floor
Los Angeles, California 90017-2427

FRANDZEL ROBINS BLOOM & CSATO, L.C.
1000 WILSHIRE BOULEVARD, 19TH FLOOR
LOS ANGELES, CALIFORNIA 90017-2427

| | | |
|---|---|---|
| 1 | 1999 Komatsu PC220LC-6LE hydraulic excavator with five finger grapple | A83742 |
| 2 | 1995 Komatsu PC220L-6 hydraulic excavator with five finger grapple | A80659 |
| 3 | 2005 Hyundai HL770-7 wheel loader | LB0110222 |
|   | 2005 Hyundai HL770-7 wheel loader | LB0110221 |
| 4 | | |
| 5 | | Total: |
| 6 | 1998 Fruehauf | 1H4P04827JJ016301 |
|   | 1966 Utility | BM2905 |
| 7 | 1990 Fruehauf | 1H2P04829LW025547 |
| 8 | 1997 Comm | 4C6FC4827V1060024 |
|   | 1979 Cherokee | 410 |
| 9 | 1989 Peterbilt | 1XP5D29X6KD276733 |
| 10 | 2007 Chevrolet | 1GCHK23D87F192329 |
| 11 | 2008 Chevrolet | 2GCEC13C181191744 |
|   | 2008 Chevrolet | 3GCEC13C98G125904 |
| 12 | 2008 Chevrolet | 3GCEC13C18G145905 |
|   | 1996 Dodge | 1B6MC36W4TJ192970 |
| 13 | 1991 WLCRG | 1WC200E10M4010324 |
| 14 | 1981 COZAD | CC81219 |
|   | 2003 Freightliner | 1FUJA6AV93LL09914 |
| 15 | 2003 Freightliner | 1FUJA6AV73LL09930 |
| 16 | 2004 Volvo | 4V4NC9TJX4N361416 |
|   | 1996 Chevrolet | 1GBGC33J6TF018200 |
| 17 | 1971 Fruehauf | FRN424992 |
| 18 | 2000 SPCNS | CA967573 |
|   | 1995 Ford | 1FTHF25H8SLB16690 |
| 19 | 1997 International | 1HTSCAAM9VH464861 |
|   | 1994 Peterbilt | 1XPCDB9X6RN351488 |
| 20 | 1993 Ford | 2FDJF37M1PCB15377 |
| 21 | 2000 International | 2HSCEAXR6YC023545 |