# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COMMERCIAL CREDIT GROUP, INC., <br><br> Plaintiff, <br><br> v. <br><br> THE RECYCLE DEPOT, INC., *et al.*, <br><br> Defendant. | **Case No. 1:15-cv-01720-DAD-EPG** <br><br> **ORDER DIRECTING THE CLERK OF THE COURT TO CLOSE THE CASE** <br><br> (ECF No. 61) |

On April 28, 2017, the parties filed a stipulation dismissing this action without prejudice, with each party to bear its own attorneys' fees and costs. (ECF No. 61.) All parties have agreed to the stipulation. In light of the stipulation, this action has been terminated, *see* Fed. R. Civ. P. 41(a)(1)(A)(ii); *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997), and has been dismissed without prejudice. Accordingly, the Clerk of the Court is DIRECTED to close this case.

IT IS SO ORDERED.

Dated: **May 1, 2017**

/s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE

1